**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| JOSE E. MURATTI-TORO,<br><br>      Plaintiff,<br><br>           v.<br><br>MERCK & CO., INC.,<br><br>      Defendant. | CIVIL NO. 12-1173 (PG) |

**FINAL JUDGMENT**

WHEREFORE, the parties having reached a confidential settlement agreement, the Court hereby **ORDERS and ADJUDGES** that the case be **DISMISSED WITH PREJUDICE**, but the Court will retain jurisdiction until the terms and conditions of the settlement agreement are implemented and fully complied with.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, August 9, 2012.

                                        s/ JUAN M. PÉREZ-GIMÉNEZ
                                        **JUAN M. PÉREZ-GIMÉNEZ
                                        UNITED STATES DISTRICT JUDGE**